**Electronically Filed
Supreme Court
SCAD-13-0001098
18-DEC-2013
12:59 PM**

SCAD-13-0001098

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RONALD T. OLDENBURG, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-072-8906)

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

On November 5, 2013, this court entered an order in the matter *ODC v. Oldenburg*, SCAD-13-0001098, directing the Disciplinary Board of the Supreme Court of the State of Hawaiʻi to obtain the consent of both the Petitioner, Office of Disciplinary Counsel (ODC), and the Respondent, Ronald T. Oldenburg, to the imposition of a private reprimand upon Respondent Oldenburg, pursuant to Rule 2.3(a)(5) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH). The order further stated that, "[s]hould either party fail to respond with consent within 30 days . . . , the Disciplinary Board shall return the matter to this court for further action." To date, the Board has not submitted any report in the matter, giving rise

to an ambiguity concerning the status of the case.  Therefore,

IT IS HEREBY ORDERED the Disciplinary Board shall, within 10 days after the entry date of this order, submit a report to this court, informing the court of the present status of the matter.

DATED: Honolulu, Hawai'i, December 18, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack